**INTERSTATE INDUSTRIAL CORPORATION,**
Petitioner

v.

**SECRETARY OF LABOR, Respondent.**

No. 04–1223.

United States Court of Appeals,
District of Columbia Circuit.

May 19, 2005.

Joseph P. Paranac, Jr., St. John & Wayne, Newark, NJ, for Petitioner.

Joseph M. Woodward, Associate Solicitor, Lauren S. Goodman, U.S. Department of Labor, (LABR) Office of the Solicitor, Washington, DC, for Respondent.

Before GINSBURG, Chief Judge, and ROGERS and ROBERTS, Circuit Judges.

*JUDGMENT*

This cause was considered on a petition for review of an order of the Occupational Safety and Health Review Commission and was briefed and argued by counsel. It is

**ORDERED AND ADJUDGED** that the petition for review be denied. There was substantial evidence in the record to support the decision of the Commission and, in the decision and order of April 12, 2004, the administrative law judge adequately explained his credibility determinations and provided reasonable grounds to support his findings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. R. 41(a)(1).